IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00111-CV

 

Randall Roberts and Roberts 

Publishing Company, Inc.,

                                                                      Appellants

 v.

 

Phillip Roberts,

                                                                      Appellee

 

 



From the 74th District Court

McLennan County, Texas

Trial Court # 2004-559-3

 



MEMORANDUM 
Opinion



 








            Appellants
Randall Roberts and Roberts Publishing Company, Inc. have filed a motion to
dismiss their appeal stating there is no longer an issue in controversy.  

            This
appeal is dismissed.  Tex. R. App. P. 42.1(a)(1).  Costs are taxed against Appellants.  Id. (d).

                                                                                    TOM
GRAY

                                                                                    Chief
Justice

Before Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Appeal dismissed

Opinion delivered and filed March 9, 2005

[CV06]